# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JONATHAN FLORES OQUENDO,**

    **Petitioner,**

    v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

**CASE NO. 2:20-CV-04523**
**CRIM. NO. 2:13-CR-00165**
**JUDGE JAMES L. GRAHAM**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

On September 18, 2020, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings recommending that the Motion to Vacate under 28 U.S.C. § 2255 be dismissed. (ECF No. 34.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences for failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 34) is **ADOPTED** and **AFFIRMED**. The Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 33) is **DENIED** and **DISMISSED**.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6 th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED**.

Date: October 13, 2020            _____s/James L. Graham_____
                                                                JAMES L. GRAHAM
                                                                UNITED STATES DISTRICT JUDGE